613 A.2d 1207

**COMMONWEALTH of Pennsylvania**

v.

**Edward S. WILCOX, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1992.

Decided Oct. 14, 1992.

Samuel J. Davis, John M. Purcell, Davis & Davis, Uniontown, for appellant.

Ernest D. Preate, Jr., Atty. Gen., Andrea F. McKenna, Deputy Atty. Gen., Harrisburg, for appellee.

Before NIX, and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

460

## ORDER

PER CURIAM:

Order of Superior Court reversed. *See Commonwealth v. Lurie,* 524 Pa. 56, 569 A.2d 329 (1990).